EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: Agradecimiento a los Miembros del Comité para la Revisión del Manual de Instrucciones al Jurado | 2006 TSPR 128 168 DPR _____ |

Número del Caso: EN-2006-3

Fecha: 21 de julio de 2006

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Agradecimiento a los
Miembros del Comité para
la Revisión del Manual
de Instrucciones al
Jurado

RESOLUCIÓN

San Juan, Puerto Rico, a 21 de julio de 2006.

Mediante Resolución emitida el 3 de abril de 2003 (2003 TSPR 49), designamos el Comité para la Revisión del Manual de Instrucciones al Jurado, adscrito al Secretariado de la Conferencia Judicial y Notarial para que, a tenor con las múltiples enmiendas que por décadas se han incorporado al Código Penal, a las Reglas de Procedimiento Criminal y a las Reglas de Evidencia, así como la aprobación de leyes especiales y el desarrollo jurisprudencial en torno a dichos preceptos, revisaran el Libro de Instrucciones al Jurado para el Tribunal Superior, aprobado desde el año 1976.

Posteriormente, con la aprobación del nuevo Código Penal, mediante la Ley 149 de 18 de junio de 2004, cuya vigencia fue efectiva el 1 de mayo de 2005, fue necesario ampliar los trabajos de revisión del Comité para dar la debida consideración a las disposiciones del nuevo Código Penal.

A tenor con lo anterior, a comienzos de mayo del 2005, autorizamos al Secretariado a divulgar el Proyecto Preliminar que hasta entonces había elaborado el Comité, de manera que sirviera a los Jueces y a las Juezas como guía para uso de forma discrecional.

Habiendo cumplido su encomienda, el pasado 2 de junio el Comité hizo entrega formal de su Proyecto Final. Corresponde ahora al Tribunal analizar las recomendaciones, por lo que hemos solicitado al Secretariado de la Conferencia Judicial y Notarial que en coordinación con la Academia Judicial, someta el ***Proyecto del Libro de Instrucciones al Jurado*** a un proceso de consulta interna y que a tenor con ello, remita sus recomendaciones a este Tribunal lo antes posible.

Este Tribunal tiene por cumplida la tarea que le fuera delegada al Comité para la Revisión del Manual de Instrucciones al Jurado y acepta el Proyecto presentado.

Finalmente, el Tribunal agradece a los miembros del Comité su excelente labor, su compromiso para mejorar el sistema de justicia y con la protección de los derechos constitucionales. Son éstos:

    Lcda. Ygrí Rivera de Martínez, Presidenta
    Prof. Ernesto L. Chiesa Aponte
    Hon. Wanda Cruz Ayala
    Hon. Asdrúbal Domenech Rosa
    Lcdo. Félix Fumero Pugliessi
    Lcdo. Pedro G. Goyco Amador
    Lcdo. Héctor Quiñones Vargas
    Lcdo. Francisco Rebollo Casalduc
    Prof. Olga E. Resumil
    Hon. Bárbara M. Sanfiorenzo Zaragoza

    Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López no intervino.


                Aida Ileana Oquendo Graulau
                Secretaria del Tribunal Supremo